# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | *   **10-CR-113-5 (CCC)** |
| | * |
| **5- MANUEL DE JESUS CEDENO-VILORIO** | * |
| ---------------------------------------------------------- | * |

## JUDGMENT OF DISCHARGE

It appearing that corporate defendant **MANUEL DE JESUS CEDENO-VILORIO** has been charged of the offenses of:

Counts One: Conspiracy to Commit Money Laundering, in violation of Title 18, Section 1956(h).

Counts Two: Money Laundering, in violation of Title 18, Section 1956(a) and 2.

It further appearing that defendant is now entitled to be discharged for the reason that:

[ ]   The Court has granted the motion of the defendant for judgment of acquittal, pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure; or

[X]   The Court has granted the motion of the government for dismissal, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

[ ]   The Court has dismissed the charges for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

It is therefore ORDERED and ADJUDGED that the defendant be, and is hereby DISCHARGED.

San Juan, Puerto Rico, on March 15, 2011.

S/ CARMEN CONSUELO CEREZO
United States District Court Judge